BK 2198 PG 120

20069

## STATE OF MAINE

| SUPERIOR COURT | DISTRICT COURT |
|---|---|
| County _____ | District Central Hancock |
| Docket No. _____ | Division of Ellsworth |
| | Docket No. _____ |

### BAIL LIEN
(15 M.R.S.A. § 1071)

I, Brian Kidder, of North Sullivan, Hancock County, ME, certify that I am the owner of an interest in real estate in the municipality of North Sullivan, Hancock County, Maine, and I grant to the State of Maine a lien on said real estate to secure bail in the amount of Eighty Five Thousand Dollars ($85,000) on a surety bail bond dated Dec 17, 1993, given for the release of Edward Sargent, defendant, which bail is returnable to the (District Court, District Feb 16, 1993, Division of Ellsworth at Ellsworth County at _____, Maine). (Superior Court _____, Maine).

Dated: Dec 17, 1993

_____
Surety's Signature

Brian Kidder
Surety's Name (Typed or Printed)

Address
North Sullivan, ME

State of Maine
County of Hancock, ss.   Date: Dec 17, 1993

Personally appeared the above named surety and acknowledged the foregoing instrument to be his/her free act and deed.

Before me, _____
(Bail Commissioner) (Clerk of Court) (Notary Public) (Attorney)

A TRUE COPY of the Bail Lien recorded
Vol. _____, Page _____ in the _____ 19 ____ at