**Exhibit 4**

12-01-2000 @ 09:43a

STATE OF MAINE

| SUPERIOR COURT | DISTRICT COURT |
|---|---|
| _____, ss. | Location ___Ellsworth___ |
| Docket No. _____ | Docket No. ___ELL-CV-00-079___ |

PINNACLE CREDIT SERVICES, INC.

**Plaintiff**

v.

JOAN KIDDER

**Defendant**

**WRIT OF EXECUTION**
☐ Renewal

To the sheriffs of our several counties or any of their deputies:

The ☒ plaintiff ☐ defendant on ___October 5, 2000___ recovered judgment in the ☒ District Court at ___Ellsworth___ ☐ Superior Court for ___Hancock___ County against said ☐ plaintiff ☒ defendant, ___Joan Kidder___ in this action for the sum of $___1,452.18___ in debt or damage and $___86.15___ in costs of suit, as appears of record:

```
$1,452.18  Debt
    86.15  Costs
 1,165.24  Pre-Filing Interest to 2/17/00
   113.07  Interest @ $.5570 per diem 3/16/00 to 10/4/00
$2,816.64
    10.00  Writ
```

We command that you cause the goods, chattels, or lands of the Debtor within your county to be paid and satisfied to the Creditor in the sum of $___2,816.64___ with legal interest from the date of judgment, together with $___10.00___ for this ___first___ Writ of Execution, and make return of this writ within three years from this date.

(Seal of Court)

Date: ___11/7/00___

_Mary Helen P. Davis, Asst._
Clerk

___Stev Y. Parker, Esq.___
(Attorney for) Plaintiff / Defendant

___P.O. Box 10189___

___Portland, ME 04104___
Address

**SEAL**

HANCOCK COUNTY

A True Copy
Attest: _____

Dated: ___11/7/00___

CV-151, Rev. 09/97