## Exhibit 5

# State of Maine

District Court
Division of Central Hancock
Ellsworth

Docket No. ELL-CV-08-124

MIDLAND FUNDING, LLC      Plaintiff

v.

**Writ of Execution**

JOAN KIDDER      Defendant

To the sheriffs of our several counties or any of their deputies:

The Plaintiff on April 29, 2008, recovered judgment in the District Court in Ellsworth against Defendant, JOAN KIDDER, in this action for the sum of $5,095.02 in debt or damage and $188.70 in costs of suit as appears of record:

| | |
|---|---|
| $5095.02 | Judgment Amount |
| $0.00 | Pre-Judgment Interest |
| | Interest per the Complaint |
| $188.70 | Costs |
| | Atty Fees |
| $39.45 | Post-Judgment Interest |
| **$5323.17** | **Total** |

We command that you cause the goods, chattels, or lands of the Debtor within your county to be paid and satisfied to the Creditor in the sum of $5,323.17, with legal interest from the date of judgment, together with $25.00 for this First Writ of Execution, and make return of this writ within three years from this date.

May 29, 2008

(Seal of the Court)

*ε/ Rut↓*

Attorney for Plaintiff

M. JANE MORIARTY, ESQ.
LOW OFFICE HOWARD LEE
SCHIFF
1321 WASHINGTON AVENUE
PORTLAND, ME 04103

MaryHelen P. Davis, Assistant Clerk

A True Copy
Attest _____ Clerk

**SEAL**